■ ALLIED BASKET COMPANY, INC., et al., Respondents, v AMERICAN HOME INSURANCE COMPANY et al., Appellants, and CHARLES M. TARONE, INC., Respondent. CHEMICAL BANK, Intervening Respondent. — Order of the Supreme Court, Kings County (Slavin, J.), dated October 28, 1981, affirmed, with one bill of $50 costs and disbursements to respondents appearing separately and filing separate briefs (see *Court Tobacco Stores v Great Eastern Ins. Co.,* 43 AD2d 561; *Union Sta. Rest. v North Amer. Co. for Prop. & Cas. Ins.,* 59 AD2d 270). Damiani, J. P., Lazer, Brown and Niehoff, JJ., concur.

■ WILLIAM R. BAHR, Respondent, v CYNTHIA BAHR, Appellant. — Appeal from an order of the Family Court, Westchester County (Schneider, J.), dated June 4, 1981, which granted the petitioner father's request for modification of the visitation provisions contained in a judgment of divorce issued in a foreign jurisdiction. Order reversed, on the law, with costs and petition dismissed. The identical issue, after a full and complete opportunity to contest jurisdiction, was decided in a prior proceeding in New York and is therefore binding (see *Schwartz v Public Administrator of County of Bronx,* 24 NY2d 65; *Israel v Wood Dolson Co.,* 1 NY2d 116). Titone, J. P., Mangano, Bracken and Boyers, JJ., concur.